# UNITED STATES DISTRICT COURT
для
EASTERN District of CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| HOMER LEWIS WALTON | ) Case No: 1:99CR05265-002 OWW |
|  | ) USM No: 59072-097 |
| Date of Previous Judgment: 10/19/2000 | ) David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  135 months  months **is reduced to**  time served  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 97 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

## III. ADDITIONAL COMMENTS

Stipulated to by the government.

Except as provided above, all provisions of the judgment dated  10/19/2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 22, 2008            /s/ OLIVER W. WANGER
                                                        Judge's signature

Effective Date: March 3, 2008            Oliver W. Wanger, U. S. District Judge
(if different from order date)                  Printed name and title